TOWNSHIP OF NORTH BERGEN IN THE COUNTY OF
HUDSON, APPELLANT, v. DIVISION OF TAX APPEALS
IN THE DEPARTMENT OF THE TREASURY *ET AL.*,
RESPONDENTS.

Argued January 14, 1957—Decided April 8, 1957.

*Mr. Nicholas S. Schloeder* argued the cause for the
appellant.

*Mr. Leo Rosenblum* argued the cause for the respondent
City of Jersey City (*Mr. James A Tumulty, Jr.,* attorney).

*Mr. John F. Crane* argued the cause for the respondent
Division of Tax Appeals (*Mr. Grover C. Richman,* Attorney-
General, attorney; *Mr. Thomas P. Nolan* on the brief).

PER CURIAM.  The judgment is affirmed for the reasons
expressed in the opinion of Judge Clapp in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices
HEHER, WACHENFELD, BURLING, JACOBS and WEINTRAUB—6.

*For reversal*—None.